≋AO 133   (Rev. 9/89) Bill of Costs                                                                                                  **APPENDIX R**

# UNITED STATES DISTRICT COURT

Eastern _____   District of   Pennsylvania _____

William A. Graham Company
d/b/a The Graham Company
                        V.
Thomas P. Haughey and
USI MidAtlantic, Inc.

**BILL OF COSTS**

Case Number:  05-CV-612-HB

Judgment having been entered in the above entitled action on   June 27, 2006   against   Defendants ,
                                                                                     Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ 250.00 |
| Fees for service of summons and subpoena ............................................. | 4,612.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 42,167.08 |
| Fees and disbursements for printing ................................................... | 129,948.50 |
| Fees for witnesses (itemize on reverse side) .......................................... | 3,703.36 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ...... | 158,581.51 |
| Docket fees under 28 U.S.C. 1923 ...................................................... | -- |
| Costs as shown on Mandate of Court of Appeals ......................................... | -- |
| Compensation of court-appointed experts ............................................... | -- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | -- |
| Other costs (please itemize) .......................................................... | -2,000.00 |
| TOTAL | $ 337,262.45 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   Counsel for Defendants, Thomas Zemaitis

Signature of Attorney: _____

Name of Attorney:   David J. Wolfsohn

For:   William A. Graham Company _____   Date:   Oct. 10, 2006
                Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                         Deputy Clerk                           Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| see attached | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. GRAHAM COMPANY, d/b/a THE GRAHAM COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-cv-612-HB |
| THOMAS P. HAUGHEY, an individual, and USI MIDATLANTIC, INC., a corporation, | : | |
| Defendants. | : | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on June 27, 2006 against the Defendants, Thomas P. Haughey and USI MidAtlantic, Inc., the Clerk is requested to tax the following costs:

**Fees of the Clerk (See Court Docket)**

Complaint Filing Fee:         $250.00

**Fees for Service of Summons and Subpoenas (See Exhibit A)**

| Item | Fee |
|---|---:|
| Service of Complaint | $310.00 |
| Service of Third Party Document Subpoenas | $3,407.00 |
| Service of NY Subpoena | $360.00 |
| Service of Trial Subpoenas | $535.00 |
| | |
| Total | $4,612.00 |

- 1 -

## Fees of the Court Reporter (See Exhibit B)

| Date | Service | Cost |
| --- | --- | --- |
| 06/10/05 | Kafer Deposition | $848.25 |
| 06/13/05 | Remig Deposition | $1,165.45 |
| 06/15/05 | McKernan Deposition | $2,001.80 |
| 06/17/05 | Gallelli Deposition | $787.65 |
| 06/23/05 | Haughey Deposition | $1,749.85 |
| 06/23/05 | Haughey Deposition | $76.00 |
| 06/24/05 | Jones Deposition | $910.40 |
| 07/12/05 | Tiagwad Deposition | $397.50 |
| 07/18/05 | Graham Deposition | $1,096.50 |
| 07/22/05 | DeMeno Deposition | $1,482.85 |
| 07/28/05 | McGinley Deposition | $868.55 |
| 07/29/05 | Roberts Deposition | $1,747.35 |
| 07/30/05 | Haughey Deposition | $1,293.70 |
| 11/09/05 | Jones Deposition | $466.90 |
| 11/10/05 | Swanson Deposition | $1,991.40 |
| 11/16/05 | Lawson Deposition | $988.95 |
| 11/17/05 | Farrell Deposition | $934.90 |
| 11/18/05 | DiIenno Deposition | $714.45 |
| 11/21/05 | Remig Deposition | $845.10 |
| 11/22/05 | Wilson Deposition | $1,307.00 |
| 11/28/05 | McKernan Deposition | $1,023.25 |
| 11/30/05 | Haughey Deposition | $1,243.35 |
| 12/15/05 | Dranginis Deposition | $809.03 |
| 12/21/05 | Silver Deposition | $2,262.10 |
| 01/06/06 | Olenik Deposition | $1,176.65 |
| 01/10/06 | Bell Deposition | $1,143.60 |
| 01/31/06 | Mitchell Deposition | $303.40 |
| 03/07/06 | Gotzon Deposition | $937.10 |
| 03/08/06 | Eichhorn Deposition | $2,163.60 |
| 03/10/06 | O'Hara Deposition | $1,745.65 |
| 05/08/06 | Video Conversion | $1,288.50 |
| 05/31/06 | McKernan Deposition | $1,259.30 |
| 06/19/06 | Daily Transcript | $1,182.50 |
| 06/19/06 | Sidebar Transcript | $22.00 |
| 06/20/06 | Daily Transcript | $973.50 |
| 06/20/06 | Sidebar Transcript | $66.00 |
| 06/21/06 | Daily Transcript | $1,144.00 |
| 06/21/06 | Sidebar Transcript | $66.00 |
| 06/22/06 | Daily Transcript | $880.00 |
| 06/22/06 | Sidebar Transcript | $77.00 |
| 06/26/06 | Daily Transcript | $693.00 |
| 06/27/06 | Daily Transcript | $33.00 |
| | | |
| **Transcript Total** | | **$42,167.08** |

- 2 -

**Fees and disbursement for printing (See Exhibits C, D)**

| Date | Service | Cost |
|---|---|---|
| 11/03/05 | Vendor Printing/Demonstratives | $979.77 |
| 11/09/05 | Vendor Printing/Demonstratives | $557.26 |
| 12/20/05 | Vendor Printing/Demonstratives | $2,217.36 |
| 12/20/05 | Vendor Printing/Demonstratives | $5,299.69 |
| 12/21/05 | Vendor Printing/Demonstratives | $419.86 |
| 01/20/06 | Vendor Printing/Demonstratives | $506.78 |
| 01/25/06 | Vendor Printing/Demonstratives | $346.78 |
| 02/13/06 | Vendor Printing/Demonstratives | $172.75 |
| 02/14/06 | Vendor Printing/Demonstratives | $344.62 |
| 03/28/06 | Vendor Printing/Demonstratives | $94.58 |
| 04/12/06 | Vendor Printing/Demonstratives | $1,108.91 |
| 04/28/06 | Vendor Printing/Demonstratives | $8,864.82 |
| 05/18/06 | Vendor Printing/Demonstratives | $414.38 |
| 05/22/06 | Vendor Printing/Demonstratives | $562.11 |
| 05/30/06 | Vendor Printing/Demonstratives | $500.83 |
| 05/31/06 | Vendor Printing/Demonstratives | $424.96 |
| 05/31/06 | Vendor Printing/Demonstratives | $1,046.59 |
| 05/31/06 | Vendor Printing/Demonstratives | $7,108.14 |
| 06/13/06 | Vendor Printing/Demonstratives | $2,914.03 |
| 06/14/06 | Vendor Printing/Demonstratives | $1,318.24 |
| 06/15/06 | Vendor Printing/Demonstratives | $422.93 |
| 06/19/06 | Vendor Printing/Demonstratives | $1,623.80 |
| 06/21/06 | Vendor Printing/Demonstratives | $975.31 |
| 06/23/06 | Vendor Printing/Demonstratives | $75,774.34 |
| 06/27/06 | Vendor Printing/Demonstratives | $9,662.10 |
| 04/30/05 | Outside Printing/Binding (Hangley) | $75.63 |
| 06/30/05 | Outside Printing/Binding (Hangley) | $3,062.19 |
| 07/28/05 | Vendor Printing | $1,260.37 |
| 09/30/05 | Outside Printing/Binding (Hangley) | $1,889.37 |
| | | |
| **Total** | | **$129,948.50** |

**Fees for witnesses (See Exhibits A, E)**

| Witness | Fee |
|---|---:|
| Thirty Three USI Customers (see summary) | $2,711.75 |
| DeMeno | $62.25 |
| Eichhorn | $91.18 |
| Farrell | $62.25 |
| Gallelli | $62.25 |
| Gotzon | $91.18 |
| Haughey | $62.25 |
| Kafer | $62.25 |
| McGinley | $62.25 |
| McKernan | $62.25 |
| Olenik | $62.25 |
| Remig | $62.25 |
| Roberts | $62.25 |
| Sulock | $62.25 |
| Swanson | $62.25 |
| USI MidAtlantic | $62.25 |
| | |
| **Total** | **$3,703.36** |

## Fees for exemplification and copies of papers (See Exhibits D, F)

| Date | Service | Amount |
|---|---|---|
| 12/31/04 | Hangley Internal Copying | $347.60 |
| 12/31/04 | Hangley Outside Copying | $5.00 |
| 01/31/05 | Hangley Internal Copying | $86.00 |
| 02/28/05 | Hangley Internal Copying | $322.20 |
| 02/28/05 | Hangley Outside Copying | $4.82 |
| 03/31/05 | Hangley Internal Copying | $1,293.20 |
| 03/31/05 | Hangley Outside Copying | $1,130.60 |
| 04/30/05 | Hangley Internal Copying | $129.60 |
| 04/30/05 | Hangley Outside Copying | $580.05 |
| 05/31/05 | Hangley Internal Copying | $800.40 |
| 06/30/05 | Hangley Internal Copying | $2,455.20 |
| 06/30/05 | Hangley Outside Copying | $2,001.06 |
| 07/28/05 | Hangley Outside Copying | $1,260.37 |
| 07/31/05 | Hangley Internal Copying | $5,536.20 |
| 07/31/05 | Hangley Outside Copying | $605.41 |
| 08/31/05 | Hangley Internal Copying | $1,455.40 |
| 08/31/05 | Hangley Outside Copying | $7,861.10 |
| 09/30/05 | Hangley Internal Copying | $925.20 |
| 09/30/05 | Hangley Outside Copying | $13,531.67 |
| 10/31/05 | Hangley Internal Copying | $516.80 |
| 10/31/05 | Hangley Outside Copying | $352.20 |
| 12/30/05 | Woodcock Internal Copying | $2,289.50 |
| 01/30/06 | Woodcock Internal Copying | $5,821.78 |
| 02/21/06 | Woodcock Internal Copying | $13,062.66 |
| 03/31/06 | Woodcock Internal Copying | $1,794.12 |
| 05/10/06 | Woodcock Internal Copying | $3,980.06 |
| 06/30/06 | Woodcock Internal Copying | $4,518.91 |
| 06/30/06 | Woodcock Internal Copying | $4,518.91 |
| 07/31/06 | Woodcock Internal Copying | $37,955.18 |
| 07/31/06 | Woodcock Internal Copying | $15,648.31 |
| 07/31/06 | P. Perdue—Technology /Demonstratives | $27,792.00 |
| **Total** | | **$158,581.51** |

## Other costs (reimbursements) (See Exhibit G)

Reimbursement from Defendants' Attorneys for Shared Imaging Expense:         **-$2000.00**

| Summary of Taxable Costs | |
|---|---:|
| Fees of the Clerk | $250.00 |
| Fees for Service of Summons and Subpoena | $4,612.00 |
| Fees of the Court Reporter | $42,167.08 |
| Fees and Disbursement for Printing | $129,948.50 |
| Fees for Witnesses | $3,703.36 |
| Fees for Exemplification and Copies of Papers | $158,581.51 |
| Other costs (Reimbursements) | -$2,000.00 |
| | |
| **Total** | **$337,262.45** |

Supporting documentation is attached at Exhibits A-G.

**Grand Total Requested:**                                                                 **$337,262.45**

## CERTIFICATE OF SERVICE

I, Loretta Weathers, hereby certify that on October 13, 2006, I caused Plaintiff's Bill of Costs and the accompanying exhibits to be served by hand on the following:

>Thomas E. Zemaitis, Esquire
>Pepper Hamilton, LLP
>3000 Two Logan Square
>18th and Arch Streets
>Philadelphia, PA  19103-2799

_____
Loretta W. Weathers