IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. GRAHAM COMPANY, d/b/a THE GRAHAM COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| THOMAS P. HAUGHEY AND USI MIDATLANTIC, INC. | : : | NO. 05-612 |

ORDER

AND NOW, this 19th day of March, 2010, it is hereby ORDERED that the motion of defendants, Thomas P. Haughey and USI MidAtlantic, Inc., for a new trial on damages is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.