IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. GRAHAM COMPANY d/b/a THE GRAHAM COMPANY | : | CIVIL ACTION |
| v. | : | |
| THOMAS P. HAUGHEY AND USI MIDATLANTIC, INC. | : | NO. 05-612 |

AMENDED JUDGMENT

AND NOW, this 12th day of May, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the plaintiff William A. Graham Company d/b/a The Graham Company to amend the June 28, 2006 judgment to include prejudgment and postjudgment interest is GRANTED;

(2) the June 28, 2006 judgment in favor of William A. Graham Company d/b/a The Graham Company is amended to include an award of $4,112,859 in prejudgment interest against defendant USI MidAtlantic, Inc. for a total judgment of $20,674,089 and an award of $570,542 in prejudgment interest against defendant Thomas P. Haughey for a total judgment of $2,867,939; and

(3) the June 28, 2006 judgment in favor of William A. Graham Company d/b/a The Graham Company is also amended to include an award of postjudgment interest against defendants USI MidAtlantic, Inc. and Thomas P. Haughey to be calculated from

June 28, 2006 to the date of payment at an annual interest rate of 5.24% compounded annually.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                                        C.J.