IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. GRAHAM COMPANY d/b/a THE GRAHAM COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| THOMAS P. HAUGHEY, et al. | : | NO. 05-612 |

ORDER

AND NOW, this 30th day of June, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Thomas P. Haughey and USI MidAtlantic, Inc. "to extend stay of execution proceedings and to approve amount of bond" (Docket No. 297) is DENIED; and

(2) the "emergency motion" of said defendants to "to extend stay of execution proceedings" (Docket No. 298) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.