IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. GRAHAM COMPANY | : | CIVIL ACTION |
| v. | : | |
| THOMAS P. HAUGHEY, et al. | : | NO. 05-cv-612 |

### JUDGMENT

**AND NOW**, this 27th day of February, 2012, judgment is hereby entered in favor of William A. Graham Company, and against USI MidAtlantic, Inc. and Thomas P. Haughey, in the amount of $ 354,589.48

*[signature]*

MICHAEL E. KUNZ
CLERK OF COURT

1